# UNITED STATES DISTRICT COURT

for the

District of

Division

Tetanishia
Sherique
Gooch

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Bedford County
Judicial System

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  4:17-cv-22
PLR/SKL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

FILED

MAY 0 1 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tetanishia Gooch |
| Street Address | 3598 April lane |
| City and County | m'boro, TN 37130 |
| State and Zip Code | |
| Telephone Number | (615) 487-8145 |
| E-mail Address | tetanishia.gooch@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Bedford County Judicial

Shelbyville, Bedford
TN 37160
(931) 438-1906

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☑ Federal question           ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Provision of my Fifth and Sixth amendments.*
*1). Right of due process (procedural Due Process).*
*1). Where is my musshot of date of incident in question*
*2). where is my signed citation.*
*2) Right of speedy trial. 1). incident in question was in 2012.*

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.     The Plaintiff(s)

        a.     If the plaintiff is an individual

          The plaintiff, *(name)* Tetanishia S. Geoch is a citizen of the State of *(name)* Tennessee .

        b.     If the plaintiff is a corporation

          The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)*
          and has its principal place of business in the State of *(name)*

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.     The Defendant(s)

        a.     If the defendant is an individual

          The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* Bedford County Judicial, is incorporated under the laws of the State of *(name)* Tennessee, and has its principal place of business in the State of *(name)* .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Summary enclosed with this in separate papers*

On April 19th 2012 I and my cousin Tara Lee of Vashoun Strong were caught in the middle of a supposed drug deal gone wrong in bedford county a parking lot, we were questioned as well as other parties without being miranderized, given our id's and let go. and on Feb 23, 2015 a warrant appeared for said incident 4yrs prior and have been fighting in court ever since. I do not understand.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4-26-2017

Signature of Plaintiff     Tetanishia S. Gooch

Printed Name of Plaintiff     Jetanishia S. Gooch

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

On April 19th, 2012 my cousin, Tara-Lee Vashaun Strong, and I pulled up into the Kroger parking lot (in Bedford County) after visiting a friend of hers. While engaging in conversation before proceeding to go into the store we observed a vehicle pull in, drove past and parked on my left side. I noticed as I looked over that I recognized the driver as being an old classmate from high school, Cimmaron Martin. He recognized me as well. As he was stepping over to say hello, we heard this voice from the right side of my vehicle saying "hey you, come here". As we turned to look we had seen what appeared to be an undercover officer walking towards Mr. Martin. We didn't know what to think, but we knew it didn't have anything to do with us. So, as we got out to proceed into the store, we were told to put our hands on the vehicle and wait. There were two other passengers with Mr. Martin that were told to do the same thing. He conversated with Mr. Martin for what seemed to be 20 to 25 minutes, afterwards he came over to us and started questioning us. I told him we were conversating before going into the store and then this occurred. He had asked for our Id's and by that time another officer (male) with the K-9 animal had pulled up. He asked me without been Mirandized and if I minded the dog sniffing my van. I had nothing to hide so I allowed them to, in which nothing was found. Afterwards he spoke with other officer and Mr. Martin out of earshot. The whole time Mr. Martin had an infant in his vehicle, which kept crying. The male that was with Mr. Martin was actually placed in handcuffs, at one point because he kept removing his hands from their vehicle and checking on the infant. About 10 minutes later the undercover and Mr. Martin hopped into the front seats of the undercover car and sped off. We were just standing there wondering what to do next. 5 minutes later the other officer got on his shoulder walkie talkie and said "what do you want me to do with them" and a voice came back and said "give them their Id's and let them go" and that's what he did. My cousin and I got into my van left. The other two people were left standing because their driver was already gone. And 4 years later I was arrested on this charge, and the officers' testimony now is the reason I wasn't arrested that night is because I "agreed" to work with the Rutherford County Police Dept. and that I was on the run the entire 4 years. And he never took the time to find out that I was still on parole in Rutherford County till November of 2012. And I had received a couple traffic violations one in 2012, other being 2014, which if I had an active warrant would've shown up.

Thank you.

Tetanishia Gooch

## WAIVERS

**1.  Grand Jury and Trial by Jury**

1, after being fully advised of my rights by the Court, waive my rights to be tried only upon indictment or presentment by a Grand Jury and to trial by a jury of peers, and waive the limitation of fine.

_____
Defendant

**2. Preliminary Examination**

1, hereby expressly waive my right to a preliminary hearing, and request that my case be bound to the Grand Jury.

_____
Defendant

**3. Right to Counsel**

1, after being fully advised of my right to the aid of counsel in every stage of the proceedings, and further having been advised that if necessary an attorney will be appointed to represent me, hereby, waive my right to counsel.

_____
Defendant

**4. Condition of Plea Agreement**

I agree that I shall not receive any good time or any other sentence reduction credits as a condition of this plea agreement.

_____
Defendant, Date

**5. Waiver of 10130 day rule.**

I agree to waive the 10/30 day rule concerning my right to a preliminary hearing by such time.

_____
Defendant, Date

_____
Judge's Signature                    Date

## JUDGMENT

☐ Dismissed upon payment of costs.

_____

☐ Dismissed without costs.

☐ Fined $ _____ and costs on plea of
_____ guilty.

☐ Paid Check and Costs and $ _____
Contribution to Bedford County Drug Fund.

☐ After hearing on probable cause, bound over and held Grand Jury. Bond set at:
$ _____

☐ Waived preliminary hearing bound over and held to Grand Jury. Bond set at:
$ _____

☐ Defendant having failed to appear on date set for trial, bond forfeiture is hereby ordered.

☐ Other:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This _____ day of _____ 20 _____

_____
Judge

```
TOMIS ID:  00348389   GOOCH, TETANISHA S.
   Status:  INAC   Sex:  F    Race:  B      Age:   40   DOB:  10/25/1976
   Alerts:
   Actual Site ID:              Unit ID:           Probation Office:
 Assigned Site ID:              Unit ID:              Parole Office:
                                                 Community Correctn:
                Date:  11/16/2012     Time:  09:00 AM
Arriv/Depart (A/D):  D

          Move Type:  PADI    PAROLE TO DISCHARGE
        Move Reason:  EXPIR   EXPIRATION OF SENTENCE
      Temp/Perm (T/P):  P
               From:  P75F    MURFREESBORO PROBATION AND PAROLE OFFICE
                 To:  DS      DISCHARGE

  Last Updated By:  BD01674    STAFF ID NOT ON FILE     Date:  11/16/2012

NEXT FUNCTION:        DATA:
F1-HELP      F9-QUIT      F10-REFRESH  F11-SUSPEND
```

complied. Seconds later, save of them, ...

asked Gooch to step away so I could talk to her out of ear shot of the others. I verbally advised Gooch of her legal rights. Gooch told me that she understood her legal rights and agreed to talk to me without the presence of an attorney. Gooch told me that she made arrangements to meet Martin in order to purchase a quarter pound of marijuana from him for $250.00. I informed Gooch that the shoebox appeared to contain about two quarter pounds of marijuana. Gooch again told me that she ordered and paid $250.00 for a quarter pound. Gooch admitted that she intended on taking the marijuana back to Murfreesboro and selling it in smaller quantities. I then asked Martin to step over to my location and he did. I had Gooch proceed back over to the front of her van. I verbally advised Martin of his legal rights. Martin told me that he understood his legal rights and agreed to talk with me without the presence of an attorney. According to Martin, he had came to Kroger's Parking Lot to meet with and sell a half pound of marijuana to Gooch for $450.00. Martin told me that he had already received the money for the marijuana from Gooch. I asked Martin if I could search his pockets for the money and he agreed. I searched Martin's pockets and located $253.00 on his person, $250.00 was folded and all together. I informed Martin that Gooch admitted that she ordered a quarter pound and paid him $250.00, which is how much money he has. Martin told me that he thought it was suppose to be a half pound for $450.00. I asked Martin where he is currently residing. Martin told me that he had recently moved to 114 Locust Street and had been there a few months. I asked Martin how much marijuana he currently had inside his residence. Martin admitted that he had two pounds of marijuana inside his residence. I asked Martin if he would turn that marijuana over to me and he agreed. While I was speaking with Gooch and Martin, Officer Nelson conducted a search of Martin's vehicle and found a bag of marijuana, which she turned over to me. I secured the marijuana and the $253.00 collected during the aforementioned investigation in my task force vehicle. I spoke to Gooch and she showed willingness to cooperate with Rutherford County Narcotics Unit for consideration concerning her now pending charge in Bedford County. I provided Gooch with my business card, told her to call me, and released her and Strong. Martin agreed to ride with me to his residence. Martin also agreed to allow West and Clanton to drive his Cadillac back to 114 Locust Street with his young son and two dogs. Martin and I, followed by Officer Nelson then proceeded to 114 Locust Street.

Upon arriving at 114 Locust Street, Martin and I, exited my task force vehicle and approached the front door followed by Officer Nelson. Martin opened the front door and we all walked inside. Once inside I saw a teenage male walking through the house. Martin identified the young male as his teenage son, which also lives there with him. Martin then took Officer Nelson and I down the hallway to the master bedroom located on your left at the end of the hallway. I noticed that directly across from Martin's bedroom was obviously the young child's room. I saw toys all over the floor and a small bed. Once inside the master bedroom, Martin reached into the closet and picked up two gallon size ziploc bags each containing marijuana and placed them on the bed. Martin told me that was all the marijuana he has. I asked Martin for consent to make a complete search of his residence to make sure that was all he had. Martin asked me if he had to consent. I told him that he did not have to consent to a search of his residence without a search warrant. Martin then told me that he knew I could get a search warrant and told me to go ahead and search. I advised Martin that it didn't work like that. I fully explained Martin of his rights as the home owner. I informed Martin that I could only apply for a search warrant based on probable cause and the judge would decide if probable cause existed. After informing Martin of his rights as the home owner, he again told me that I had his consent to search his residence. At that time, Officer Nelson asked me if I wanted her to deploy her drug sniffing K-9 inside the home and I agreed. Martin and I proceeded to the living room area. Martin sat down on the couch next to his teenage son. I stood in the living room area talking with Martin and his teenage son. Subsequently, Office Nelson returned with her K-9. I observed Officer Nelson and her K-9 proceed to the master bedroom. Moments later, I observed Officer Nelson and her K-9 cross the hallway into the young child's room. Seconds later, Officer Nelson called out for me to come back to the child's room. Martin and I then proceeded toward the child's bedroom. Officer Nelson and her K-9 had found a large cardboard box containing approximately ten (10) pounds of marijuana hidden under the young child's bed. I confronted Martin about this and he just told me that I found it. I asked Martin if he would turn over his source to me. After thinking about it for a while, Martin asked me for more time to think about it.

```
                    MURFREESBORO CITY COURT
                       CITATION RECORD

                                     TICKET-#   T530120

                                     CASE-#   00506610

NAME:        GOOCH              TETANISHIA

STREET:      427 E STATE ST        CITY: MURFREESBORO        TN     000037

ARREST-DATE:      5/08/12    VIOLATION:     79INSURANCE PROOF

DOB       10/25/76    RACE:     04    BLACK FEMALE

DL-#      079067512    ST:TN        APPEARED FOR ORIG-COURT-DATE?     Y

TAG-#     E0077D       ST:TN        RESCHEDULE-DATE

OFFICER-#  0480JOSHUA BOREL        APPEARED FOR RESCHEDULE-DATE?

PROSECUTOR: 6157301052             ST-NOTICE SENT?      N

PRE-TRIAL-CONFINEMENT?             WARRANT SENT?        N

GARNISHMENT Y/N?                   DISPOSITION-DATE: 7/03/12    08:15

                                   PLEA: G       FINDING:  GAC    APP:  N

DEFAULT?    N                      VIN #

ORIG-COURT-DATE:     7/03/12   08:15    COMMENT:      STAY MOTION 8/7/12 8


FINE          10.00       AMOUNT-PAID        132.00

COST          94.50       BALANCE-OWED          .00

ST-TAX        13.75         DUE-DATE      7/03/12

LC-TAX        13.75

CAB            .00        CLOSED

SUSPND         .00        DISPOSITION-#:     484432

INTEREST       .00

TOTAL        132.00
```

CASE NO. _____41011_____

# CITY OF MURFREESBORO CITATION

**STATE OF TENNESSEE**
**COUNTY OF RUTHERFORD**       _57055_      | T-001087635 |
**In The City Court, City of Murfreesboro**

The undersigned certifies to have just and reasonable grounds to believe and does believe that: 'x3

| | DAY OF WEEK | DATE | TIME |
|---|---|---|---|
| **ON** | **SUN** | **09/28/2014** | **01:18** |

| LAST NAME | **GOOCH** | | |
|---|---|---|---|
| FIRST NAME | **TETANISHIA** | | INITIAL |

STREET NUMBER AND STREET
**427 E STATE STREET**

| CITY | | STATE | ZIP |
|---|---|---|---|
| **MURFREESBORO** | | **TN** | **37130** |

| D.L CLASS **D** | D.L END | D.L RESTR | D.L EXP **10/25/2016** |
|---|---|---|---|
| D.L NO **079067512** | D.L ST **TN** | | DOB **10/25/1976** |

| AUDIT NO | | RACE **B** | SEX **F** | HGT **5FT 02IN** | EYES **BRO** |
|---|---|---|---|---|---|

| TAG NO **R0093A** | TAG ST **TN** | TAG EXP **05/15** |
|---|---|---|
| YEAR **1993** | MAKE **TOYT** | MODEL **UCL** | TYPE **4D** | TOP COLOR |
| | | | | BOTTOM COLOR |

| ACCIDENT ☐ YES ☐ NO | COMM VEH ☐ YES ☐ NO | HAZ MAT ☐ YES ☐ NO | TYPE |
|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION NAMELY
**MARS**          AT NEAR **ATLAS**

| CONDITIONS | LIGHTING | ROAD SURFACE | WEATHER | LANE | DIRECTION |
|---|---|---|---|---|---|
| IN ACCIDENT ☐ | | | | | |

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE IN VIOLATION OF THE CITY CODE:

SPEEDING: _____ MPH IN A _____ ZONE.

| RADAR ☐ | MOV/STA | DIR. OF TRAVEL | DRINKING B.A.C ☐ |
|---|---|---|---|

**LIGHT LAW VIOLATION**

| | CH **32** | SEC **1004** |
|---|---|---|
| | | MURFREESBORO CODE SEC |

THEREFORE, YOU ARE HEREBY ORDERED TO APPEAR AT THE TIME AND PLACE DESIGNATED BELOW.

Court Phone - (615) 890-2142

| COURT APPEARANCE | DATE **WARNING** | TIME | ROOM NO. 213 CITY HALL 111 W. VINE ST. |
|---|---|---|---|

I declare under penalty of perjury under the law of Tennessee that the foregoing is true and correct

Executed on the **28** day of **09** **2014** at Murfreesboro, TN
          (date)      (month)    (year)

_____        **MANOR**          **0802**
PROSECUTOR (SIGN)               OFFICER           BADGE NO

WARNING: Failure to appear in court as instructed above is punishable as contempt of court.

```
LIMD                         ARRIVAL/DEPARTURE          DATE:  04/17/17
BI51728                           DETAIL                TIME:  08:52 AM


TOMIS ID:  00348389   GOOCH, TETANISHA S.
   Status:   INAC   Sex:  F    Race:  B    Age:    40   DOB:  10/25/1976
   Alerts:
   Actual Site ID:              Unit ID:         Probation Office:
 Assigned Site ID:              Unit ID:            Parole Office:
                                              Community Correctn:
                Date:  11/16/2012     Time:   09:00 AM
Arriv/Depart (A/D):  D

           Move Type:  PADI   PAROLE TO DISCHARGE
         Move Reason:  EXPIR  EXPIRATION OF SENTENCE
       Temp/Perm (T/P):  P
               From:  P75F   MURFREESBORO PROBATION AND PAROLE OFFICE
                 To:  DS     DISCHARGE

   Last Updated By:  BD01674    STAFF ID NOT ON FILE     Date:  11/16/2012

NEXT FUNCTION:          DATA:
F1-HELP      F9-QUIT      F10-REFRESH  F11-SUSPEND
```

asked Gooch to step away so I could talk to her out of ear shot of the others. I verbally advised Gooch of her legal rights. Gooch told me that she understood her legal rights and agreed to talk to me without the presence of an attorney. Gooch told me that she made arrangements to meet Martin in order to purchase a quarter pound of marijuana from him for $250.00. I informed Gooch that the shoebox appeared to contain about two quarter pounds of marijuana. Gooch again told me that she ordered and paid $250.00 for a quarter pound. Gooch admitted that she intended on taking the marijuana back to Murfreesboro and selling it in smaller quantities. I then asked Martin to step over to my location and he did. I had Gooch proceed back over to the front of her van. I verbally advised Martin of his legal rights. Martin told me that he understood his legal rights and agreed to talk with me without the presence of an attorney. According to Martin, he had came to Kroger's Parking Lot to meet with and sell a half pound of marijuana to Gooch for $450.00. Martin told me that he had already received the money for the marijuana from Gooch. I asked Martin if I could search his pockets for the money and he agreed. I searched Martin's pockets and located $253.00 on his person, $250.00 was folded and all together. I informed Martin that Gooch admitted that she ordered a quarter pound and paid him $250.00, which is how much money he has. Martin told me that he thought it was suppose to be a half pound for $450.00. I asked Martin where he is currently residing. Martin told me that he had recently moved to 114 Locust Street and had been there a few months. I asked Martin how much marijuana he currently had inside his residence. Martin admitted that he had two pounds of marijuana inside his residence. I asked Martin if he would turn that marijuana over to me and he agreed. While I was speaking with Gooch and Martin, Officer Nelson conducted a search of Martin's vehicle and found a bag of marijuana, which she turned over to me. I secured the marijuana and the $253.00 collected during the aforementioned investigation in my task force vehicle. I spoke to Gooch and she showed willingness to cooperate with Rutherford County Narcotics Unit for consideration concerning her now pending charge in Bedford County. I provided Gooch with my business card, told her to call me, and released her and Strong. Martin agreed to ride with me to his residence. Martin also agreed to allow West and Clanton to drive his Cadillac back to 114 Locust Street with his young son and two dogs. Martin and I, followed by Officer Nelson then proceeded to 114 Locust Street.

Upon arriving at 114 Locust Street, Martin and I, exited my task force vehicle and approached the front door followed by Officer Nelson. Martin opened the front door and we all walked inside. Once inside I saw a teenage male walking through the house. Martin identified the young male as his teenage son, which also lives there with him. Martin then took Officer Nelson and I down the hallway to the master bedroom located on your left at the end of the hallway. I noticed that directly across from Martin's bedroom was obviously the young child's room. I saw toys all over the floor and a small bed. Once inside the master bedroom, Martin reached into the closet and picked up two gallon size ziploc bags each containing marijuana and placed them on the bed. Martin told me that was all the marijuana he has. I asked Martin for consent to make a complete search of his residence to make sure that was all he had. Martin asked me if he had to consent. I told him that he did not have to consent to a search of his residence without a search warrant. Martin then told me that he knew I could get a search warrant and told me to go ahead and search. I advised Martin that it didn't work like that. I fully explained Martin of his rights as the home owner. I informed Martin that I could only apply for a search warrant based on probable cause and the judge would decide if probable cause existed. After informing Martin of his rights as the home owner, he again told me that I had his consent to search his residence. At that time, Officer Nelson asked me if I wanted to deploy her drug sniffing K-9 inside the home and I agreed. Martin and I proceeded to the living room area. Martin sat down on the couch next to his teenage son. I stood in the living room area talking with Martin and his teenage son. Subsequently, Office Nelson returned with her K-9. I observed Officer Nelson and her K-9 proceed to the master bedroom. Moments later, I observed Officer Nelson and her K-9 cross the hallway into the young child's room. Seconds later, Officer Nelson called out for me to come back to the child's room. Martin and I then proceeded toward the child's bedroom. Officer Nelson and her K-9 had found a large cardboard box containing approximately ten (10) pounds of marijuana hidden under the young child's bed. I confronted Martin about this and he just told me that I found it. I asked Martin if he would turn over his source to me. After thinking about it for a while, Martin asked me for more time to think about it.

MURFREESBORO CITY COURT
CITATION RECORD

TICKET-#   T530120

CASE-#   00506610

NAME:       GOOCH            TETANISHIA

STREET:     427 E STATE ST        CITY: MURFREESBORO        TN      000037

ARREST-DATE:      5/08/12   VIOLATION:      79INSURANCE PROOF

DOB         10/25/76    RACE:     04    BLACK FEMALE

DL-#        079067512   ST:TN        APPEARED FOR ORIG-COURT-DATE?     Y

TAG-#       E0077D      ST:TN        RESCHEDULE-DATE

OFFICER-#   0480JOSHUA BOREL        APPEARED FOR RESCHEDULE-DATE?

PROSECUTOR: 6157301052             ST-NOTICE SENT?       N

PRE-TRIAL-CONFINEMENT?             WARRANT SENT?       N

GARNISHMENT Y/N?                   DISPOSITION-DATE: 7/03/12      08:15

                                   PLEA: G      FINDING:  GAC     APP:  N

DEFAULT?    N                      VIN #

ORIG-COURT-DATE:     7/03/12  08:15    COMMENT:     STAY MOTION 8/7/12 8


FINE             10.00       AMOUNT-PAID         132.00

COST             94.50       BALANCE-OWED          .00

ST-TAX           13.75          DUE-DATE      7/03/12

LC-TAX           13.75

CAB               .00       CLOSED

SUSPND            .00       DISPOSITION-#:     484432

INTEREST          .00

TOTAL           132.00

CASE NO. _414011_

# CITY OF MURFREESBORO CITATION

STATE OF TENNESSEE
COUNTY OF RUTHERFORD _S7(055_   | T-001087635 |
In The City Court, City of Murfreesboro

The undersigned certifies to have just and reasonable grounds to believe and does believe that:

| ON | DAY OF WEEK SUN | DATE 09/28/2014 | TIME 01:18 |
|---|---|---|---|

| LAST NAME | GOOCH | | |
|---|---|---|---|

| FIRST NAME | TETANISHIA | | INITIAL |
|---|---|---|---|

STREET NUMBER AND STREET
**427 E STATE STREET**

| CITY MURFREESBORO | STATE TN | ZIP 37130 |
|---|---|---|

| D L CLASS D | D L END | D L RESTR | D L EXP 10/25/2016 |
|---|---|---|---|

| D L NO 079067512 | D L ST TN | DOB 10/25/1976 |
|---|---|---|

| AUDIT NO | RACE B | SEX F | HGT 5FT 02INS | BRO |
|---|---|---|---|---|

| VEHICLE | TAG NO R0093A | TAG ST TN | TAG EXP 05/15 |
|---|---|---|---|

| YEAR 1993 | MAKE TOYT | MODEL UCL | TYPE 4D | TOP COLOR |
|---|---|---|---|---|
| | | | | BOTTOM COLOR |

| ACCIDENT ☐ YES ☐ NO | COMM VEH ☐ YES ☐ NO | HAZ MAT ☐ YES ☐ NO | TYPE |
|---|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION NAMELY
**MARS** AT/NEAR **ATLAS**

| CONDITIONS | LIGHTING | ROAD SURFACE | WEATHER | LANE | DIRECTION |
|---|---|---|---|---|---|

IN ACCIDENT ☐

DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE IN VIOLATION OF THE CITY CODE.

SPEEDING: _____ MPH IN A _____ ZONE.

| RADAR ☐ | MOV/ STA | DIR OF TRAVEL | DRINKING B A C ☐ |
|---|---|---|---|

**LIGHT LAW VIOLATION**

| | CH 32 | SEC 1004 |
|---|---|---|
| | MURFREESBORO CODE SEC | |

THEREFORE, YOU ARE HEREBY ORDERED TO APPEAR AT THE TIME AND PLACE DESIGNATED BELOW.

Court Phone - (615) 890-2142

| COURT APPEARANCE | DATE WARNING | TIME | ROOM NO. 213 CITY HALL 111 W. VINE ST. |
|---|---|---|---|

I declare under penalty of perjury under the law of Tennessee that the foregoing is true and correct

Executed on the **28** day of **09** **2014** at Murfreesboro, TN
(date) (month) (year)

MANOR                    0802
PROSECUTOR (SIGN)        OFFICER        BADGE NO

WARNING - Failure to appear in the Court as indicated above is punishable as contempt of court.