# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TETANISHIA SHENIQUE GOOCH, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. **4:17-cv-00022** |
| | ) | **REEVES/LEE** |
| BRADFORD COUNTY JUDICIAL SYSTEM, | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER OF DISMISSAL

Plaintiff, acting *pro se*, filed this action on May 1, 2017, alleging violation of the Fifth and Sixth Amendments, her rights to due process and a speedy trial in connection with an incident in Bedford County, Tennessee in 2012, which allegedly resulted in a 2016 arrest [R. 1]. Plaintiff has never obtained service of process on any defendant. Plaintiff was ordered to show cause in writing on or before January 31, 2018, why this action should not be dismissed for failure to prosecute [R. 7]. Plaintiff has not responded to the court's order, indicating to the undersigned that plaintiff has no desire to prosecute this case.

Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The court finds that this action shall be **DISMISSED**, **without prejudice**, due to plaintiff's failure to prosecute.

The Clerk is **DIRECTED** to mail a copy of this order to plaintiff, Tetanishia Shenique Gooch, at 3598 April Lane, Murfreesboro, Tennessee 37130.

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**